**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u>   **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re:  LUIS A. FLOCCO                    § Case No. 10-28031
                                          §           CHAPTER 7
                                          §           Hon. EUGENE R. WEDOFF
                                          §
         Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street - 7th Floor - Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21  days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  10:00a.m.  on  04/06/2011  in Courtroom  744 , Dirksen Federal Building  Courthouse, 219 S. Dearborn Street - Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By:  CLERK U.S. BANKRUPTCY COURT
                                    (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF**   ILLINOIS
EASTERN DIVISION

In re:   LUIS A. FLOCCO   § Case No. 10-28031
§ CHAPTER 7
§ Hon. EUGENE R. WEDOFF
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $32,305.32 |
| *and approved disbursements of* | $237.29 |
| *leaving a balance on hand of* [1] | $32,068.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---:|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $32,068.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $3,980.53 | $0.00 | $3,980.53 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $101.02 | $0.00 | $101.02 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $5,310.00 | $0.00 | $5,310.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WEST/POPOWCER KATTEN, Ltd. | $900.00 | $0.00 | $900.00 |
| *Accountant for Trustee, Expenses* | LOIS WEST/POPOWCER KATTEN, Ltd. | $0.00 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Auctioneer, Fees* | |
| *Auctioneer, Expenses* | |
| *Charges,* U.S. Bankruptcy Court | |
| *Fees,* United States Trustee | |
| Other | |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $10,291.55 |
| Remaining balance: | $21,776.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for                , Fees* | | | |
| *Attorney for                , Expenses* | | | |
| *Accountant for                , Fees* | | | |
| *Accountant for                , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $21,776.48 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,802.60 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $13,802.60 | $0.00 | $13,802.60 |

| | |
|---|---|
| Total to be paid for priority claims: | $13,802.60 |
| Remaining balance: | $7,973.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling  $3,723,634.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Midland Credit Management | $4,216.30 | $0.00 | $9.03 |
| 4 | Midland Credit Management | $14,480.37 | $0.00 | $31.01 |
| 5 | American Express Bank FSB | $19,905.83 | $0.00 | $42.63 |
| 6 | 1928 N. Kedzie, Inc. (and 3 others) | $32,500.00 | $0.00 | $69.60 |
| 7 | Harris NA, assignee of Amcore | $1,562,057.07 | $0.00 | $3,344.99 |
| 9 | FIA Card Services successor to Bank of America and MBNA | $2,583.54 | $0.00 | $5.53 |
| 10 | Northbrook Bank & Trust Co., successor to Ravenswood Bank | $778,810.09 | $0.00 | $1,667.74 |
| 11 | Raudel Ancheta, Victor Dziekiwicz and 4750 Manor LLC | $1,173,821.70 | $0.00 | $2,513.71 |
| 18 | Logan 38-3 Condo Assn. | $135,259.18 | $0.00 | $289.64 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $7,973.88 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling   $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$1,720.05_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $1,720.05 | $0.00 | $0.00 |
|  | Total to be paid for subordinated claims: |  |  | $0.00 |
|  | Remaining balance: |  |  | $0.00 |

Prepared By: /s/ Allan J. DeMars
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-28031-ERW
Luis A. Flocco                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: mgonzalez         Page 1 of 2         Date Rcvd: Mar 09, 2011
                             Form ID: pdf006         Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2011.

```
db         +Luis A. Flocco,    3935 N. Washtenaw Avenue,    Chicago, IL 60618-5997
aty        +Popowcer Katten Ltd,    Popowcer Katten Ltd,    35 E Wacker Dr, Ste 902,    Chicago, IL 60601-2314
aty        +Robert R Benjamin,    Golan & Christie, LLP,    70 West Madison Street,    Suite 1500,
             Chicago, IL 60602-4265
tr         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
15749540   +1928 Kedzie, LLC.,    1928 N. Kedzie,    Chicago, IL 60647-6408
16576691   +1928 N. Kedzie, Inc., Development by Real Concord,,     c/o Freeborn & Peters LLP, Attn: Richard,
             311 S. Wacker Drive, Suite 3000,    Chicago, IL 60606-6683
16627196   +4750 N. Manor LLC,    c/o Steven H. Kuh, Esq.,    135 S. LaSalle Street, Suite 2210,
             Chicago, IL 60603-4301
15749541   +4750 N. Manor, LLC.,    4770 N. Manor,    Chicago, IL 60625-7180
15749542   +A&B Midwest Construction Company,    c/o Freeborn & Peters,    311 S. Wacker #3000,
             Chicago, IL 60606-6683
15749543   +A-American Custom Flooring, Inc.,    c/o Litchfield Cavo, LLP.,    303 W. Madison St., Suite 300,
             Chicago, IL 60606-3300
15749544    Action Card,    Cardholder Services,    PO Box 105341,    Atlanta, GA 30348-5341
15749545   +Albert Belmonte,    1032 Wesley Avenue,    Evanston, IL 60202-1161
15749546   +Allen Kutchins,    3546 Vantage Lane,    Glenview, IL 60026-1367
15749547   +Amcore Bank, NA c/o,    Much Shelist Deneberg Ament Rubenst,    191 N. Wacker Dr., Ste. 1800,
             Chicago, IL 60606-1631
15749548    American Express,    Customer Service,    P.O. Box 981535,    El Paso, TX 79998-1535
16543755    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15749549   +Angelos Mitroussias,    1741 Walnut Circle,    Northbrook, IL 60062-1322
15749550   +Anne Moser,    Law Office of Michael Steigmann,    70 West Madison Suite 5050,
             Chicago, IL 60602-4214
15749551   +Art Masonry & Tuckpointing, Inc.,    c/o Robert A. DeStefano & Assoc, PC,    6547 W. Cermak,
             Berwyn, IL 60402-5093
15749556   +BWA Inc,    c/o Kent Maynard, Jr.,    17 N. State Street, #1700,    Chicago, IL 60602-3293
15749552   +Baires Development Corp,    3947 N. Ashland,    Chicago, IL 60613-2507
15749553    Bank of America,    PO Box 15184,    Wilmington, DE 19850-5184
15749554   +Ben B. Schwartz,    c/o Freeborn & Peters,    311 S. Wacker #3000,    Chicago, IL 60606-6683
15749555   +Broadway Bank,    5960 N. Broadway Avenue,    Chicago, IL 60660-3587
15749557    Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
15749558   +Christine Toma,    c/o Kozacky Weitzel PC,    55 W. Monroe Street,    Chicago, IL 60603-5001
15749559   +Chuhak & Tecson, P.C.,    30 S. Wacker Drive,    Suite 2600,    Chicago, IL 60606-7512
15749560   +City of Chicago,    c/o Corporate Counsel,    121 N. LaSalle St., Room 511,
             Chicago, IL 60602-1202
15749561   +Community Bank of Ravenswood n/k/a,    Ravenswood Bank c/o Chuhak & Tecson,
             30 S. Wacker Drive, Ste. 2600,    Chicago, IL 60606-7512
15749562   +Danny Karalis,    3339 Old Mill Road,    Northbrook, IL 60062-6323
15749563   +Deborah M. Hess,    3935 N. Washtenaw Avenue,    Chicago, IL 60618-5997
15749575  +++Department of the Treasury,    Internal Revenue Service,    PO Box 21126,
             Philadelphia, PA 19114-0326
15749564   +Development by Real Concord, Inc.,    c/o Freeborn & Peters,    311 S. Wacker #3000,
             Chicago, IL 60606-6683
15749565   +Dimitrios Yiannopoulos,    7560 Wolfe Road,    Burr Ridge, IL 60527-8040
15749566   +Dorance L. Padron,    607 Huber Lane,    Glenview, IL 60025-4063
15749567   +Edward Hines Lumber Co,    c/o Dimonte & Lizak,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
15749568    Emerge,    P.O. Box 105555,    Atlanta, GA 30348-5555
15749569   +Eugene Rapoport a/k/a Yevgeny,    Rapoport, c/o Freeborn & Peters,    311 S. Wacker #3000,
             Chicago, IL 60606-6679
15749570   +Freedman Anselmo Lindberg Rappe,    PO Box 3228,    Naperville, IL 60566-3228
15749574    HSBC Card Services,    Cardmember Services,    P.O. Box 5250,    Carol Stream, IL 60197-5250
16583262   +Harris, N.A.,    c/o Jeffrey L. Gansberg,    Much Shelist, et.al.,    191 N. Wacker Dr., #1800,
             Chicago, IL 60606-1631
16583198   +Harris, N.A.,    c/o Jeffrey L. Gansberg/Tzivia Masliansk,     Much Shelist, et.al.,
             191 N. Wacker Dr., #1800,    Chicago, IL 60606-1631
15749572  +++Herman Sanchez,    Law Office of Michael Steigmann,    70 West Madison Suite 5050,
             Chicago, IL 60602-4214
15749573   +Horizonte Development & Construction, In,     3947 N. Ashland,    Chicago, IL 60613-2507
15749579   +JP Morgan Chase Bank, NA,    c/o Chase Home Finance, LLC.,    3415 Vision Drive,
             Columbus, OH 43219-6009
15749576   +James Papas,    c/o Perry G. Callas,    5412 Route 31 #5,    Crystal Lake, IL 60012-3793
15749577  +++John Anderson,    Law Office of Michael Steigmann,    70 West Madison Suite 5050,
             Chicago, IL 60602-4214
15749578   +John B. Wolf,    c/o Marty J. Schwartz,    70 W. Madison 4500,    Chicago, IL 60602-4227
15749580   +Karmatage Condominium Assoc,    c/o Fischel & Kahn, Ltd.,    190 S. LaSalle St., Ste. 2850,
             Chicago, IL 60603-3499
15749581  +++Logan 38-3 Condominium Assoc,    Law Office of Michael Steigmann,    70 West Madison Suite 5050,
             Chicago, IL 60602-4214
15749582   +Macy's,    P.O. Box 8066,    Mason, OH 45040-8066
15749583  +++Mark Capola,    Law Office of Michael Steigmann,    70 West Madison Suite 5050,
             Chicago, IL 60602-4214
15749584   +Marquette Bank,    10000 W. 151st Street,    Orland Park, IL 60462-3140
```

```
District/off: 0752-1           User: mgonzalez             Page 2 of 2               Date Rcvd: Mar 09, 2011
                               Form ID: pdf006             Total Noticed: 78

15749585     +Michael Steigmann,    70 West Madison Street,    Suite 5050,   Chicago, IL 60602-4214
16340212     +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
15749586     +New Chicago Real Estate, Inc.,    c/o Freeborn & Peters,    311 S. Wacker #3000,
               Chicago, IL 60606-6683
15749587     +New Chicago Real Estate, Inc.,    3947 N. Ashland,    Chicago, IL 60613-2507
16609489     +Northbrook Bank & Trust Co., as suc-in-int to Rave,    c/o Chuhak & Tecson, P.C., Kevin Purtill,
               30 S. Wacker Dr., Ste. 2600,    Chicago, IL 60606-7512
15749588     +Northwestern Mutual,    P.O. Box 88243,    Milwaukee, WI 53288-0001
15749589     +Pedro Cevallos Candau,    850 Apple Tree Court,    Northbrook, IL 60062-3402
15749590     +Raudel Ancheta,    c/o Steven H. Kuh,    135 S. LaSalle #2210,    Chicago, IL 60603-4301
16627186     +Raudel Ancheta,    c/o Steven H. Kuh, Esq.,    135 S. LaSalle Street, Suite 2210,
               Chicago, IL 60603-4301
15749591     +Ravenswood Bank,    2300 W. Lawrence Avenue,    Chicago, IL 60625-1914
15749592     +Rogelio Llamedo,    2452 W. Berenice Avenue,    Chicago, IL 60618-3708
15749593     +Rosa Gonzalez,    3908 N. Bernard Street,    Chicago, IL 60618-3202
15749595      Target National Bank,    c/o Target Credit Services,    P.O. Box 1581,    Minneapolis, MN 55440-1581
15749594     +Target National Bank,    3901 W. 53rd Street,    Sioux Falls, SD 57106-4221
15749596     +Van Pelt Construction Co.,    c/o Marty J. Schwartz,    70 W. Madison 4500,
               Chicago, IL 60602-4227
15749597     +Victor Dziekiewicz,    c/o Robertson & Wall,    670 N. Clark, #300,    Chicago, IL 60654-3483
16627191     +Victor Dziekiewicz,    c/o Steven H. Kuh, Esq.,    135 S. LaSalle Street, Suite 2210,
               Chicago, IL 60603-4301
15749600      WFNNB - Ann Taylor,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
15749598      Wachovia Mortgage,    Attn Loan Servicing Customr Support,    P.O. Box 659558,
               San Antonio, TX 78265-9558
15749599     +Wells Fargo Bank, NA,    c/o Fisher & Shapiro, LLC.,    2121 Waukegan Rd., Ste. 301,
               Bannockburn, IL 60015-1831
15749601     +Wrightwood Partnership, LLC.,    3947 N. Ashland,    Chicago, IL 60613-2507
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16229290      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2011 10:23:09
               American Infosource Lp As Agent for Wfnnb,    PO Box 248872,    Oklahoma City, OK  73124-8872
16599982      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2011 10:23:09
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
15749571      E-mail/Text: BKNOTICES@GRAY-LAW.COM Mar 10 2011 10:15:32      Gray & Associates, LLP,
               600 N. Broadway,    Suite 300,    Milwaukee, WI 53202-5009
16586654      E-mail/Text: resurgentbknotifications@resurgent.com Mar 10 2011 10:15:31       LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Lois West
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 11, 2011**          **Signature:**    *Joseph Speetjens*